## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

**ALBERTO ROMERO QUISPE,**

    **Petitioner,**

    v.

**WARDEN, Richwood Correctional Center; BRIAN ACUNA, Acting Director of the New Orleans Field Office, U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; TODD LYONS, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities,**

    **Respondents.**

**Case No: 3:26-cv-346**

### ORDER

IT IS ORDERED that Attorney Zachary Kohn be and is hereby admitted to the bar of this Court pro hac vice on behalf of Petitioner Dogus Topal in the above described action.

SO ORDERED on this, the 9th day of February 2026.

David J. Ayo
United States Magistrate Judge