# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **ALBERTO ROMERO QUISPE** | **CIVIL ACTION NO. 26-346 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **BRYAN ACUNA, ET AL.** | **MAGISTRATE JUDGE AYO** |

## MEMORANDUM ORDER

Before the Court is a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6). The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking ex parte injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition right now. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, 2025 WL 3769302 at *1 (W.D. Tex. Oct. 30, 2025). Thus, insofar as the preliminary relief sought—Petitioner's release from detention and/or a bond hearing—mirrors the ultimate relief sought in the habeas Petition (ECF No. 1), the Motion is **DENIED**. The Court finds that an expedited briefing schedule will adequately address the issues.

For the foregoing reasons,

**IT IS ORDERED** that Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that Respondents must file a response to Petitioner's habeas Petition within ten (10) days after the entry of this order. Respondents shall file in brief form any summary judgment evidence on what process is due under the applicable statutes and regulations for the continued detention of an alien whose final order of removal has been vacated.

**IT IS FURTHER ORDERED** that Petitioner may file his reply within three (3) days after the answer is filed.

**IT IS FURTHER ORDERED** that the Clerk of Court is to provide a copy of this Memorandum Order to the United States Attorney's Office.

**THUS DONE AND SIGNED** this 18th day of February, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**