**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

ALBERTO ROMERO QUISPE              CIVIL ACTION NO. 3:26-CV-00346
                                   SEC P

VERSUS                             JUDGE EDWARDS

WARDEN ET AL                       MAGISTRATE JUDGE AYO

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 17), noting the absence of written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 18th day of June, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT